

JUDGE MARRERO

Donato Caruso [DC 7565]
William M. Spelman [WS 3585]
James R. Campbell [JC 0237]
THE LAMBOS FIRM
29 Broadway, 9th Floor
New York, New York 10006
(212) 943-2470

*Attorneys for Plaintiff*
*United States Maritime Alliance, Ltd.*

08 CV 4146



RECEIVED
MAY 0 1 2008
U.S.D.C. S.D. N.Y.
CASHIERS

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------- x
                                                                     :
UNITED STATES MARITIME ALLIANCE, LTD.,                               :     **ECF Case**
                                                                     :
                                    Plaintiff,                       :     **RULE 7.1**
                                                                     :     **DISCLOSURE**
            - v. -                                                   :     **STATEMENT**
                                                                     :
INTERNATIONAL LONGSHOREMEN'S                                         :
ASSOCIATION, AFL-CIO,                                                :     **Case No. 08-cv-    (   )**
                                                                     :
                                    Defendant.                       :
-------------------------------------------------------------------- x

      Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, Plaintiff United States Maritime Alliance, Ltd. states that it is a not-for-profit membership corporation, has no corporate parent, and has no issued stock.

Dated: New York, New York
May 1, 2008

Respectfully submitted,

THE LAMBOS FIRM

By: _____
Donato Caruso [DC 7565]
William M. Spelman [WS 3585]
James R. Campbell [JC 0237]
29 Broadway, 9th Floor
New York, New York 10006
(212) 943-2470
*Attorneys for Plaintiff*
*United States Maritime Alliance, Ltd.*