AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

United States Maritime Alliance, Ltd.

V.

International Longshoremen's Association, AFL-CIO

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 08-CV 4146
JUDGE MARRERO

TO: (Name and address of Defendant)

International Longshoremen's Association, AFL-CIO
17 Battery Place, Suite 930
New York, New York 10004

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

The Lambos Firm
29 Broadway, 9th Floor
New York, New York 10006

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

(By) DEPUTY CLERK

DATE: MAY 0 1 2008

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE May 1, 2008 |
| NAME OF SERVER (PRINT) James R. Campbell | TITLE |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 17 Battery Place, Suite 930 New York, New York 10004

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  May 1, 2008
            Date

Signature of Server

29 Broadway, 9th Fl, NY, NY 10006
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.