UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES MARITIME ALLIANCE, LTD.,

     Plaintiff,

  - v. -            08 CV 4146 (VM)(AJP)

INTERNATIONAL LONGHOREMEN'S
ASSOCIATION, AFL-CIO,

     Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**STIPULATION FOR EXTENSION OF TIME TO ANSWER OR
OTHERWISE RESPOND TO COMPLAINT**

  IT IS HEREBY STIPULATED AND AGREED by and between attorneys for the parties hereto that the time within which Defendant may answer or otherwise move or respond to the Complaint shall be extended to and including June 20, 2008.  No request for an extension has previously been made.

Dated: New York, New York
   May 20, 2008

| THE LAMBOS FIRM | MARRINAN & MAZZOLA MARDON, P.C. |
|---|---|
| By:  /s/ Donato Caruso | By:  /s/ John P. Sheridan |
|   Donato Caruso (DC 7565) |   Kevin Marrinan (KM 6450) |
|   William M. Spelman (WS 3585) |   John P. Sheridan (JS 9127) |
|   James R. Campbell (JC 0237) | |
| | 26 Broadway, 17th Floor |
| 29 Broadway, 9th Floor | New York, New York 10004 |
| New York, New York 10006 | (212) 425-3240 |
| (212) 351-3768 | jsheridan@mmmpc.com |
| dcaruso@lambosfirm.com | *Attorneys for Defendant* |
| *Attorneys for Plaintiff* | |
| SO ORDERED: | |

_____
HON. Victor Marrero, U.S.D.J.    Date