Marrero /0

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
        5-22-08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
UNITED STATES MARITIME ALLIANCE, LTD.,

                Plaintiff,

      - v. -

INTERNATIONAL LONGHOREMEN'S
ASSOCIATION, AFL-CIO,

                Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

08 CV 4146 (VM)(AJP)

**STIPULATION FOR EXTENSION OF TIME TO ANSWER OR
OTHERWISE RESPOND TO COMPLAINT**

IT IS HEREBY STIPULATED AND AGREED by and between attorneys for the parties hereto that the time within which Defendant may answer or otherwise move or respond to the Complaint shall be extended to and including June 20, 2008. No request for an extension has previously been made.

Dated: New York, New York
       May 20, 2008

THE LAMBOS FIRM

By: _____
    Donato Caruso (DC 7565)
    William M. Spelman (WS 3585)
    James R. Campbell (JC 0237)

29 Broadway, 9th Floor
New York, New York 10006
(212) 351-3768
dcaruso@lambosfirm.com
*Attorneys for Plaintiff*

MARRINAN & MAZZOLA MARDON, P.C.

By: _____
    Kevin Marrinan (KM 6450)
    John P. Sheridan (JS 9127)

26 Broadway, 17th Floor
New York, New York 10004
(212) 425-3240
jsheridan@mmmpc.com
*Attorneys for Defendant*

SO ORDERED:

_____
HON. Victor Marrero, U.S.D.J.    Date