```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-18-08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
UNITED STATES MARITIME ALLIANCE, LTD., :

                             Plaintiff,

            - v. -

INTERNATIONAL LONGSHOREMEN'S
ASSOCIATION, AFL-CIO,

                            Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

08 CV 4146 (VM)(AJP)

**STIPULATION FOR SECOND EXTENSION OF TIME TO ANSWER OR
OTHERWISE RESPOND TO COMPLAINT**

IT IS HEREBY STIPULATED AND AGREED by and between attorneys for the parties hereto that the time within which Defendant may answer or otherwise move or respond to the Complaint shall be extended to and including July 21, 2008. One extension has previously been granted.

Dated: New York, New York
         June 16, 2008

THE LAMBOS FIRM

By: _____
Donato Caruso (DC 7565)
William M. Spelman (WS 3585)
James R. Campbell (JC 0237)

29 Broadway, 9th Floor
New York, New York 10006
(212) 351-3768
dcaruso@lambosfirm.com
*Attorneys for Plaintiff*

MARRINAN & MAZZOLA MARDON, P.C.

By: _____
Kevin Marrinan (KM 6450)
John P. Sheridan (JS 9127)

26 Broadway, 17th Floor
New York, New York 10004
(212) 425-3240
jsheridan@mmmpc.com
*Attorneys for Defendant*

SO ORDERED: 18 June 2008

_____
Hon. Victor Marrero, U.S.D.J.   Date