```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-15-08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------- x
UNITED STATES MARITIME ALLIANCE, LTD.,  :

                  Plaintiff,

        - v. -

INTERNATIONAL LONGHOREMEN'S
ASSOCIATION, AFL-CIO,

                  Defendant.
---------------------------------- x

08 CV 4146 (VM)(AJP)

### STIPULATION FOR THIRD EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT

IT IS HEREBY STIPULATED AND AGREED by and between attorneys for the parties hereto that the time within which Defendant may answer or otherwise move or respond to the Complaint shall be extended to and including August 21, 2008. Two extensions have previously been granted.

Dated: New York, New York
       July 14, 2008

THE LAMBOS FIRM

By: _____
Donato Caruso (DC 7565)
William M. Spelman (WS 3585)
James R. Campbell (JC 0237)

29 Broadway, 9th Floor
New York, New York 10006
(212) 351-3768
dcaruso@lambosfirm.com
*Attorneys for Plaintiff*

MARRINAN & MAZZOLA MARDON, P.C.

By: _____
Kevin Marrinan (KM 6450)
John P. Sheridan (JS 9127)

26 Broadway, 17th Floor
New York, New York 10004
(212) 425-3240
jsheridan@mmmpc.com
*Attorneys for Defendant*

SO ORDERED: 15 July 2008

_____
Hon. Victor Marrero, U.S.D.J.      Date