Kevin Marrinan [KM 6450]
John P. Sheridan [JS 9127]
MARRINAN & MAZZOLA MARDON
26 Broadway, 17th Floor
New York, New York  10004
(212) 425-3240

*Attorneys for Defendant*
*International Longshoremen's Association, AFL-CIO*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------X

| | |
|---|---|
| UNITED STATES MARITIME ALLIANCE, LTD., | |
| Plaintiff, | |
| - v. – | **Case No. 08-CV-4146 (VM)(AJP)** |
| INTERNATIONAL LONGSHOREMEN'S ASSOCIATION, AFL-CIO | |
| Defendant. | |

-------------------------------------------------------------------X

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Defendant International Longshoremen's Association, AFL-CIO, is not a corporation. It is an unincorporated association. Accordingly, it has no corporate parent and has issued no stock.

2

Dated: August 21, 2008

      MARRINAN & MAZZOLA MARDON, P.C.


      /s/ John P. Sheridan
      Kevin Marrinan [KM 6450]
      kmarrinan@mmmpc.com
      John P. Sheridan [JS 9127]
      jsheridan@mmmpc.com
      26 Broadway, 17th Floor
      New York, New York  10004
      (212) 425-3240

      *Attorneys for Defendant International Longshoremen's Association, AFL-CIO*

**CERTIFICATE OF SERVICE**

       I hereby certify that this document has been filed with the United States District Court for the Southern District of New York by electronic filing on August 21, 2008. All counsel of record are being served by the Court's electronic filing system.

s**/ JOHN P. SHERIDAN**     \_
John P. Sheridan